**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| FRANKLIN LAMAR KELLOGG,      ) | |
| )| |
| Movant/Defendant,      ) | |
| ) | |
| v.                                                             ) | 5:09-cv-8013-LSC-PWG |
| ) | (5:06-cr-0017-LSC-PWG) |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Respondent.      ) | |

## MEMORANDUM OPINION

Franklin Lamar Kellogg, a federal prisoner acting *pro se*, filed this action to pursue a motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255.  Also pending in the action are Kellogg's motion for a report and recommendation (Doc. 15), a motion asking the court to take judicial notice of certain facts (Doc. 17), two motions styled as seeking leave to amend the petition (Docs. 18, 19), and a motion for appointment of counsel to assist him with the filing of objections to the magistrate judge's report (Doc. 21).  The magistrate judge has entered a report recommending that Kellogg's motion for a report and recommendation is moot; his motion to take judicial notice is likewise moot; his motions for leave to amend are due to be denied; his motion for appointment of counsel is due to be denied, and that his § 2255 motion is due to be granted in part, to the extent that he seeks vacatur of his conviction for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) and to be re-sentenced without that conviction. (Doc. 20.)  Kellogg has filed objections to the magistrate judge's report and recommendation. (Doc. 22.)  The Government has not filed objections.

The court has considered the entire file in this action together with the magistrate judge's

Report and Recommendation and Kellogg's objections and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge.  In accordance with the recommendation, Kellogg's motion for a report and recommendation (Doc. 15) and his motion to take judicial notice (Doc. 17) are both due to be deemed MOOT, and Kellogg's motions for leave to amend (Docs. 18 & 19) are both due to be DENIED.  Kellog's § 2255 motion is GRANTED IN PART, to the extent that he seeks to have his conviction for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) vacated and to be resentenced without that conviction, but is otherwise DENIED. Petitioner is advised that while his motion for appointment of counsel (Doc 21) is DENIED for the purpose of having counsel appointed to assist him with his habeas petition,[1] counsel will be appointed for his resentencing pursuant to 18 U.S.C. §3006(a). A separate final order will be entered.

   Done this 12th day of October 2011.

                                       _____
                                       L. SCOTT COOGLER
                                       UNITED STATES DISTRICT JUDGE
                                                                 167458

---

[1] Rules 6 and 8 of 28 U.S.C. § 2255 allow counsel to be appointed for a habeas petitioner for purposes of discovery or for an evidentiary hearing. Kellogg's request for counsel to assist him in filing objections to the magistrate's report is not in line with either of these provisions. Therefore, his motion for appointment of counsel is due to be denied.